957 So.2d 178 (2007)
RAWBOE PROPERTIES, L.L.C., and Roger T. Boes
v.
Marc G. DORSEY, Dorsey & Bossetta, and Patrick R. Bossetta.
No. 2007-C-0763.
Supreme Court of Louisiana.
June 1, 2007.
In re Rawboe Properties L.L.C. et al.; Boes, Roger T.; Weigand, Richard A. APLC;Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. F, No. *179 2001-02017; to the Court of Appeal, Fourth Circuit, No. 2006-CA-0070.
Denied.